UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., et al., | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Civil Action No. 18-1835 (PLF)<br>) |
| JEFFERSON BEAUREGARD SESSIONS, III, Attorney General of the United States, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

MEMORANDUM OPINION AND ORDER

Pending before the Court is Plaintiffs' Motion for Expedited Discovery [Dkt. No. 33] in advance of the August 14, 2018 hearing on Plaintiffs' Motion for a Preliminary Injunction, along with Defendants' Opposition. Upon careful consideration of the parties' written submissions, the relevant legal authorities, and the entire record in this case, the Court will grant plaintiffs' motion in part and deny it in part.[1]

With respect to the parties' legal arguments, the Court finds persuasive the reasoning of Judge John D. Bates in Guttenberg v. Emery, 26 F. Supp. 3d 88 (D.D.C. 2014). The reasonableness standard is the more appropriate standard for assessing motions for expedited discovery, particularly in cases where the expedited discovery is related to a motion for a

---

[1] The Court has reviewed the following documents in connection with the pending motion and the exhibits attached thereto: Amended Complaint [Dkt. No. 31]; Plaintiffs' Motion for a Preliminary Injunction [Dkt. No. 32]; Plaintiffs' Motion for Expedited Discovery [Dkt. No. 33]; and Defendants' Opposition to Plaintiffs' Motion for Expedited Discovery [Dkt. No. 35].

preliminary injunction.  See id. at 97-98.  Applying the reasonableness standard here, and in view of the particular circumstances of this case, it is hereby

ORDERED that Plaintiffs' Motion for Expedited Discovery [Dkt. No. 33] is GRANTED IN PART and DENIED IN PART; it is

FURTHER ORDERED that defendants shall respond to Request No. 1 listed in Plaintiffs' Expedited Requests for Production [Dkt. No. 33-4], by 11:00 a.m. on August 13, 2018; and it is

FURTHER ORDERED that defendants shall be prepared to address Request No. 2 and Request No. 3 listed in Plaintiffs' Expedited Requests for Production [Dkt. No. 33-4], at the hearing on August 14, 2018.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  August 10, 2018

2