## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,<br><br>**Defendants.** | **CIVIL ACTION NO. 18-1835 (PLF)** |
| Dora, *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,<br><br>**Defendants.** | **CIVIL ACTION NO. 18- 1938 (PLF)** |

**JOINT STATUS REPORT IN RESPONSE TO SEPTEMBER 11, 2018 MINUTE ORDER**

The parties jointly file this status report in accordance with the Court's September 11, 2018 minute order, which stated that, "[i]n light of the parties' representations in their joint status report [49], the parties shall file a further joint status report on or before September 24, 2018." *See* September 11, 2018 Minute Order.

The parties continued to meet and confer following their status report filed on September 7, 2018, and reached a settlement agreement on September 12, 2018. The settlement agreement would resolve the claims in *M.M.M.* and a related action also pending before this Court: *Dora v. Sessions*, Case No. 1:18-cv-01938 (PLF) (D.D.C.). The parties filed a notice of the agreement in the Southern District of California on September 12; the notice attached the agreement and requested that Judge Sabraw approve the agreement and lift the TRO in place in *M.M.M. See* Attachment 1 (Notice Lodging Agreement for Court's Approval, ECF No. 65, *M.M.M. v. Sessions*, Case No. 3:18-cv-1832 (DMS) (S.D. Cal. Sept. 12, 2018)).[1] If approved, the settlement agreement would require voluntary dismissal of the *M.M.M.* action currently pending before this Court, as well as voluntary dismissal of the *Dora* action.

During a status conference on September 14, 2018, the parties and Judge Sabraw discussed the need to follow the settlement approval process outlined in Federal Rule of Civil Procedure 23(e), given that the settlement agreement proposes to resolve class claims. Accordingly, the parties are currently working on preliminary approval papers and anticipate filing a motion for preliminary approval (including a proposed notice, a notice plan, and a schedule for final approval) in the Southern District of California as early as this week.

---

[1] The same notice was filed in *Ms. L. See* ECF No. 220, *Ms. L v. U.S. Immigration and Customs Enforcement*, Case No. 3:18-cv-00428 (DMS) (S.D. Cal. Sept. 12, 2018).

| | |
|---|---|
| September 24, 2018 | Respectfully Submitted, |

                                              **HOGAN LOVELLS US LLP**

                                                */s/ Justin W. Bernick*
Justin W. Bernick (DC Bar No. 988245)
T. Clark Weymouth
Zachary W. Best
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com
zachary.best@hoganlovells.com
t.weymouth@hoganlovells.com

Oliver J. Armas
Ira M. Feinberg
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
oliver.armas@hoganlovells.com
ira.feinberg@hoganlovells.com

Katherine A. Nelson
1601 Wewatta Street, Suite 900
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
katherine.nelson@hoganlovells.com

Haley K. Costello Essig
Park Place II
7930 Jones Branch Drive, Ninth Floor
McLean, VA 22102
Telephone: (703) 610-6100
Facsimile: (703) 610-6200
haley.essig@hoganlovells.com

*Counsel for M.M.M. Plaintiffs*

  */s/ Briana Yuh*
Briana Yuh
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation

District Court Section
P.O. Box 868
Washington, DC 20044
Telephone: (202) 532-4165
Facsimile: (202) 305-7000
Briana.Yuh@usdoj.gov

Joseph H. Hunt
Assistant Attorney General

Scott G. Stewart
Deputy Assistant Attorney General

August E. Flentje
Special Counsel

William C. Peachey
Director, Office of Immigration Litigation
District Court Section

Jeffrey S. Robins
Assistant Director, Office of Immigration Litigation
District Court Section

*Counsel for Defendants*

/s/ *Sirine Shebaya*
Sirine Shebaya (D.C. Bar No. 1019748)
Johnathan Smith (D.C. Bar No. 1029373)
Joseph (Yusuf) Saei*°
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C. 20043
(202) 897-2622
(202) 508-1007 (facsimile)
johnathan@muslimadvocates.org
sirine@muslimadvocates.org
yusuf@muslimadvocates.org

Simon Y. Sandoval-Moshenberg*
simon@justice4all.org
Sophia Gregg*
sophia@justice4all.org
LEGAL AID JUSTICE CENTER

4

6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 778-3450
(703) 778-3454 (facsimile)

Wilson G. Barmeyer (D.C. Bar No. 987107)
Carol T. McClarnon* (D.C. Bar No. 452107)
Samir A. Aguirre (D.C. Bar No. 999585)
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street NW, Suite 700
Washington, DC 20001
(202) 383-0100
(202) 637-3593 (facsimile)
wilsonbarmeyer@evershedssutherland.com
carolmcclarnon@eversheds-sutherland.com
samiraguirre@eversheds-sutherland.com

John H. Fleming* (Georgia Bar No. 263250)
Margaret L. Flatt* (Georgia Bar No. 201864)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, GA 30309
(404) 853-8000
(404) 853-8806 (facsimile)
johnfleming@eversheds-sutherland.com
margaretflatt@eversheds-sutherland.com

Kara Ford* (New York Bar No. 5357967)
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036
(212) 389-5000
(212) 389-5099 (facsimile)
karaford@eversheds-sutherland.com

*application for pro hac vice admission forthcoming*
°*admitted in California; supervised by members of the DC bar*

*Counsel for Dora Plaintiffs*