UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.M., ON BEHALF OF HIS MINOR CHILD J.M.A., *ET AL.*,<br>Plaintiffs,<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS, III, ATTORNEY GENERAL OF THE UNITED STATES, *ET AL.*,<br>Defendants. | Civil Action No. 1:18-CV-01835 (PLF) |

**[PROPOSED] ORDER ON CONSENT MOTION FOR EXTENSION OF TIME**

Before the Court is a Consent Motion for Extension of Time filed by Defendants in this action. Upon consideration of the motion, and good cause appearing to support the relief requested, it is ORDERED that the deadline for the filing of Defendants' responsive pleading is EXTENDED until October 31, 2018.

Dated: October 1, 2018

Hon. Paul L. Friedman
U.S. District Judge