# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*,<br><br>**Plaintiffs,**<br><br>**v.**<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,<br><br>**Defendants.** | **CIVIL ACTION NO. 18-1835 (PLF)** |
| Dora, *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,<br><br>**Defendants.** | **CIVIL ACTION NO. 18-1938 (PLF)** |

## JOINT STATUS REPORT

In accordance with the Court's orders entered in the above-captioned cases, the parties respectfully file this joint status report, and in support state the following:

1.     The parties reached a proposed class action settlement agreement on September 12, 2018 in related litigation pending in California.

2.      On October 9, 2018, Judge Dana M. Sabraw (U.S. District Court for the Southern District of California) issued an Order granting preliminary approval of the settlement subject to final determination following notice and hearing; preliminarily certifying the settlement classes, and approving class notice.  *See MMM v. Sessions,* 3:18-cv-1832-DMS (S.D. Cal.) and *Ms. L v. USCIS,* 3:18-cv-428-DMS (S.D. Cal) (ECF 256).

3.      Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, Judge Sabraw confirmed the appointment of the law firm Eversheds Sutherland, Muslim Advocates, and the Legal Aid Justice Center as counsel for the parent class for parents continuously physically present in the United States since June 26, 2018, the ACLU as counsel for parents who have been removed, and Hogan Lovells US LLP as counsel for the child class.

4.      Judge Sabraw also ordered that Notice be provided to potential members of the Settlement Classes in accordance with the proposed notice plan.

5.      The parties have begun to implement the settlement agreement, which is being overseen by Judge Sabraw.  On October 18, 2018, Judge Sabraw directed the parties to begin implementing the settlement agreement prior to final approval, and specifically to begin conducting interviews for detained class members.  3:18-cv-428-DMS (S.D. Cal) (ECF 287).

6.      The parties will be filing regular status reports in the S.D. Cal. cases to report progress on implementation.

7.      The final fairness hearing on the class settlement agreement is scheduled for November 15, 2018.

October 26, 2018                                Respectfully Submitted,

                                                **HOGAN LOVELLS US LLP**

                                                  */s/ Justin W. Bernick*
                                                Justin W. Bernick (DC Bar No. 988245)
                                                T. Clark Weymouth
                                                Zachary W. Best
                                                555 Thirteenth Street, NW
                                                Washington, DC 20004
                                                Telephone: (202) 637-5600
                                                Facsimile: (202) 637-5910
                                                justin.bernick@hoganlovells.com
                                                zachary.best@hoganlovells.com
                                                t.weymouth@hoganlovells.com

                                                Oliver J. Armas
                                                Ira M. Feinberg
                                                875 Third Avenue
                                                New York, NY 10022
                                                Telephone: (212) 918-3000
                                                Facsimile: (212) 918-3100
                                                oliver.armas@hoganlovells.com
                                                ira.feinberg@hoganlovells.com

                                                Katherine A. Nelson
                                                1601 Wewatta Street, Suite 900
                                                Denver, CO 80202
                                                Telephone: (303) 899-7300
                                                Facsimile: (303) 899-7333
                                                katherine.nelson@hoganlovells.com

                                                Haley K. Costello Essig
                                                Park Place II
                                                7930 Jones Branch Drive, Ninth Floor
                                                McLean, VA 22102
                                                Telephone: (703) 610-6100
                                                Facsimile: (703) 610-6200
                                                haley.essig@hoganlovells.com

                                                *Counsel for M.M.M. Plaintiffs*

3

  _/s/ Briana Yuh_____
Briana Yuh
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868
Washington, DC 20044
Telephone: (202) 532-4165
Facsimile: (202) 305-7000
Briana.Yuh@usdoj.gov

Joseph H. Hunt
Assistant Attorney General

Scott G. Stewart
Deputy Assistant Attorney General

August E. Flentje
Special Counsel

William C. Peachey
Director, Office of Immigration
Litigation
District Court Section

Jeffrey S. Robins
Assistant Director, Office of
Immigration Litigation
District Court Section

*Counsel for Defendants*

  _/s/ Wilson G. Barmeyer_____
Wilson G. Barmeyer (D.C. Bar No. 987107)
Samir A. Aguirre (D.C. Bar No. 999585)
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street NW, Suite 700
Washington, DC 20001
(202) 383-0100
(202) 637-3593 (facsimile)
wilsonbarmeyer@evershedssutherland.com
carolmcclarnon@eversheds-sutherland.com
samiraguirre@eversheds-sutherland.com

4

Sirine Shebaya (D.C. Bar No. 1019748)
Johnathan Smith (D.C. Bar No. 1029373)
MUSLIM ADVOCATES
P.O. Box 34440
Washington, D.C. 20043
(202) 897-2622
(202) 508-1007 (facsimile)
johnathan@muslimadvocates.org
sirine@muslimadvocates.org
yusuf@muslimadvocates.org

Simon Y. Sandoval-Moshenberg*
simon@justice4all.org
Sophia Gregg*
sophia@justice4all.org
LEGAL AID JUSTICE CENTER
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041
(703) 778-3450
(703) 778-3454 (facsimile)

John H. Fleming* (Georgia Bar No. 263250)
Margaret L. Flatt* (Georgia Bar No. 201864)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, GA 30309
(404) 853-8000
(404) 853-8806 (facsimile)
johnfleming@eversheds-sutherland.com
margaretflatt@eversheds-sutherland.com

Kara Ford* (New York Bar No. 5357967)
EVERSHEDS SUTHERLAND (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036
(212) 389-5000
(212) 389-5099 (facsimile)
karaford@eversheds-sutherland.com

*application for pro hac vice admission
forthcoming
°admitted in California; supervised by
members of the DC bar

Counsel for Dora Plaintiffs

41086183.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on October 26, 2018, I filed the foregoing JOINT STATUS REPORT with the Clerk of the Court through the ECF system.  This system provided a copy to and effected service of this document on all parties.


By: _/s/ Wilson G. Barmeyer_____
       Wilson G. Barmeyer

41086183.1